[No. 24221-4-II.    Division Two.    December 22, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK RUSSELL
FEATHERSTON, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 98-1-00518-9, Stephen M. Warning, J., entered
January 8, 1999. *Affirmed* by unpublished opinion per Sein-
feld, J., concurred in by Bridgewater, C.J., and Hunt, J.


[No. 24563-9-II.    Division Two.    December 22, 1999.]

NORTH COAST ELECTRIC COMPANY, *Appellant*, v. LRS
ELECTRIC CONTROLS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 93-2-03163-1, Robert D. Austin, J.,
entered May 1, 1998. *Reversed* by unpublished opinion per
Hunt, J., concurred in by Armstrong, A.C.J., and Seinfeld,
J.


[No. 17156-6-III.    Division Three.    December 23, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH
RANDALL M., *Appellant*.

Appeal from a judgment of the Superior Court for Grant
County, No. 97-1-00437-6, Evan E. Sperline, J., entered
December 8, 1997. *Affirmed* by unpublished opinion per
Schultheis, C.J., concurred in by Sweeney and Kurtz, JJ.


[No. 17489-1-III.    Division Three.    December 23, 1999.]

DONALD J. ALLEN, *Appellant*, v. GENERAL ELECTRIC
COMPANY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 95-2-04009-2, Richard J. Schroeder,
J., entered April 3, 1998. *Affirmed* by unpublished opinion
per Brown, J., concurred in by Schultheis, C.J., and
Sweeney, J.